### GOTTLIEB v. PECK & MACK CO.

(Supreme Court, Appellate Term. November 30, 1909.)

COURTS (§ 189*)—MUNICIPAL COURTS—JUDGMENT ON PLEADINGS.

    The New York Municipal Court has no power to grant judgment on the pleadings, where the complaint states a cause of action.

    [Ed. Note.—For other cases, see Courts, Cent. Dig. § 409; Dec. Dig. § 189.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Oscar Gottlieb against the Peck & Mack Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and SEABURY and LEHMAN, JJ.

I. L. Broadwin, for appellant.
Franklin Bien, for respondent.

PER CURIAM. It seems to us that the complaint states a good cause of action. The proof of plaintiff's case depends upon the question whether the record of the earlier trial will show that the jury made an allowance of $217 upon the offer of the defendant to return goods of that value. Where the complaint states a cause of action, the Mu-

nicipal Court has no power to grant judgment on the pleadings and to deprive the plaintiff of his right to a trial.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.